**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patricia DERBAUM, Defendant–**
**Appellant.**

**No. 01–8122.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Susan Graham James, Montgomery, Alabama, for Appellant. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Patricia Derbaum seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Derbaum,* Nos. CR–97–453; CA–00–1372–2–11 (D.S.C. Nov. 30, 2001). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*